# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: INVOLUNTARY TERMINATION OF PARENTAL RIGHTS TO: D.B.J., JR., A MINOR

PETITION OF: D.B.J., SR., FATHER

: No. 88 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.